UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD DOBREFF,

        Plaintiff,               Case No. 16-13130
                                          Hon. Matthew F. Leitman

v.

CLASSIC AUTOPLEX F-T LLC, et al.,

        Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is

DISMISSED with prejudice.

**IT IS SO ORDERED.**

                         s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2016

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on November 10, 2016, by electronic means and/or ordinary
mail.

                         s/Holly A. Monda
                         Case Manager
                         (313) 234-5113